UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022
```

-------------------------------------------------------- X
                         :

   UNITED STATES OF AMERICA,           :

                         :

                         :

         -v-                    :              1:22-mj-6615-UA

                         :

   RAFAEL MOTEDEOCA,             :               <u>ORDER</u>

                         :

              Defendant. :
-------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     A bail review hearing is scheduled in this matter on August 25,  2022 at 4::00 p.m. in

Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York 10007.  The Court expects that a pretrial services officer with knowledge of the relevant

facts will appear in person at the hearing

     SO ORDERED.

Dated:  August 25, 2022
      New York, New York

                                  _____
                                    GREGORY H. WOODS
                                  United States District Judge
                                     Part I